1  MICHELE BECKWITH
   Acting United States Attorney
2  MATHEW W. PILE, WSBA No. 32245.
   Associate General Counsel
3  Office of Program Litigation, Office 7
4  Social Security Administration
   MARCELO ILLARMO (MABN 670079)
5  Special Assistant United States Attorney
       Office of the General Counsel
6      Social Security Administration
       6401 Security Boulevard
7      Baltimore, Maryland 21235
       Telephone: (510) 970-4822
8      E-Mail: Marcelo.Illarmo@ssa.gov
9  Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROXANNE NUNEZ,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | No. 2:24-cv-03141-CKD<br><br>STIPULATION FOR EXTENSION TO FILE OPPOSITION TO PLAINTIFF'S OPENING BRIEF; ORDER |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's motion for summary judgment be extended from April 11, 2025 to May 12 2025.  This is Defendant's first request for an extension of time to respond to Plaintiff's brief.  Defendant respectfully requests this additional time because he currently has four district court briefs due by April 16, and needs additional time.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

- Defendant shall respond to Plaintiff's opening brief on or before May 12, 2025;

- Plaintiff's optional reply will be due within 14 days of the filing of Defendant's brief (on or before May 26, 2025).

Respectfully submitted,

DATE: April 9, 2025

*/s/ Francesco Paulo Benavides*  *
FRANCESCO PAULO BENAVIDES
Attorney for Plaintiff
(* approved via email on 4/9/25)

MICHELE BECKWITH
Acting United States Attorney

DATE: April 9, 2025       By    *s/ Marcelo Illarmo*
MARCELO ILLARMO
Special Assistant United States Attorney

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.

Dated:  April 15, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE